Commonwealth *v.* Libron, Appellant.

Argued November 10, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS and BARBIERI, JJ.

*Francis S. Wright,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant.

*Milton M. Stein,* Assistant District Attorney, with him *Louis A. Perez, Jr.,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 20, 1972:

The petition for the allowance of an appeal having been improvidently granted, the order heretofore entered allowing an appeal is vacated and the appeal is dismissed.

Former Mr. Chief Justice BELL and Mr. Justice POMEROY took no part in the consideration or decision of this case.

Former Mr. Justice BARBIERI took no part in the decision of this case.